UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

CIVIL ACTION NO. 10-11712-GAO

VANESSA VALENTINO,
Plaintiff,

v.

BROWN SHOE COMPANY, INC. d/b/a FAMOUS FOOTWEAR,
Defendant.

ORDER
May 16, 2011

O'TOOLE, D.J.

The defendant filed a motion to dismiss Count I as it relates to the plaintiff's alleged demotion in 2008 and Count II in its entirety. To date, the plaintiff has filed no opposition to this motion, although the time to respond has long since past. After review of the record, the Court finds the defendant's motion appropriate substantially for the reasons advanced by the defendant. Accordingly, the motion (dkt. no. 5) to dismiss is GRANTED. The case will proceed as to the allegations in Count I of discrimination with respect to the plaintiff's termination.

It is SO ORDERED.

/s/ George A. O'Toole, Jr.
United States District Judge